UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Abdiyyah Ben Alkebulanyahh (*fka* Tyree Alphonso Roberts),<br><br>Petitioner,<br><br>vs.<br><br>William R. Byars, Jr., *Commissioner, South Carolina Department of Corrections*; Wayne C. McCabe, *Warden of Lieber Correctional Institution*,<br><br>Respondents. | C/A No. 6:13-cv-00918-TLW |

**ORDER**

18 U.S.C. § 2266 provides that "[a] district court shall render a final determination and enter a final judgment on any application for a writ of habeas corpus brought under this chapter in a capital case not later than 450 days after the date on which the application is filed, or 60 days after the date on which the case is submitted for decision, whichever is earlier." However, subsection (C)(i) provides for one additional 30-day ends of justice extension "if the court issues a written order making a finding, and stating the reasons for the finding, that the ends of justice that would be served by allowing the delay outweigh the best interests of the public and the applicant in a speedy disposition of the application."

Petitioner filed an application for writ of habeas corpus in this matter on February 13, 2014. Having considered the factors listed in § 2255(b)(1)(C)(ii), the Court finds that the ends of justice support a delay of an additional 30 days beyond the 450 day period, which expires on or

1

about May 9, 2015. Specifically, the magistrate judge held a hearing in this matter, requiring additional time and briefing for proper resolution of this matter.

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>Chief United States District Judge

May 8, 2015
Columbia, South Carolina